AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**KEANON KESLER**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **6:16MJ0024-001**

Defendant's Attorney: Erin Snider, Appointed

**THE DEFENDANT:**
- [✓] pleaded guilty to count(s)  Count One and Three  of the Complaint.
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23 (a)(2) | Drive a motor vehicle while the operator's blood or breath is .08 grams or more of alcohol per 210 liters of breath. | March 19, 2016 | One |
| 36 CFR § 4.14 (b) | Possess an open container of alcohol in a vehicle. | March 19, 2016 | Three |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
- [✓] Count (s)  Two, four and five  are dismissed on the motion of the United States.
- [ ] Indictment is to be dismissed by District Court on motion of the United States.
- [ ] Appeal rights given.                    [✓] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

5/3/2016
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

8/15/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **KEANON KESLER** Page 2 of 2
CASE NUMBER: **6:16MJ0024-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>24 months unsupervised probation</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.
2. The Defendant shall pay a fine of $1980.00 and a special assessment of $ 20.00 for a total financial obligation of $ 2000.00, which shall be paid in full within 20 months. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

3. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 30 days/months, with credit served for one day in custody. Defendant is ordered to surrender to the U.S. Marshal on March 1, 2018, unless there is an order stating otherwise. ***Counsel for defendant shall petition the court to vacate the custody time if conditions of probation are met.***
4. The Defendant shall complete a Multi-Offender DUI program through the California Department of Motor Vehicles.
5. The Defendant is ordered to personally appear for a Probation Review Hearing on 04/3/2018 at 10:00 am before U.S. Magistrate Judge Seng.
6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
7. The Defendant shall attend AA one time(s) weekly for 12 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.