SUSAN ST. VINCENT
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEANON DAVID KESLOR,<br><br>　　　　　　　　Defendant. | No: 6:16-mj-024-MJS<br><br>**MOTION TO WITHDRAW MOTION TO CORRECT SENTENCE; AND ORDER**<br><br>Date:　September 27, 2016<br>Time:　10:00 a.m.<br>Judge: Honorable Michael J. Seng |

　　　The United States hereby moves the Court for an order allowing withdrawal of their previously filed Motion to Correct Sentence. On August 4, 2016, the government filed Motion to Correct Sentence in this matter, and on August 10, 2016, the Defendant filed Defendant's Opposition to Motion to Correct Sentencing. Having considered the authorities cited in both the Government's motion and Defendant's opposition, the government hereby makes a motion to withdraw the Motion to Correct Sentence.

Dated: August 15, 2016　　　　　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

**ORDER**

For good cause shown, the Court grants the above motion.   The Government's Motion to Correct Sentence in *U.S. v. Kesler* 6:16-mj-0024-MJS filed August 4, 2016 is deemed withdrawn.

IT IS SO ORDERED.

Dated:   August 24, 2016          /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

2