| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
KEANON KESLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 6:16-mj-00024-MJS
)
Plaintiff, ) **MOTION TO VACATE SURRENDER DATE**
) **OF MARCH 1, 2018; ORDER**
vs. )
)
KEANON KESLER, )
)
Defendant. )

Defendant Keanon Kesler hereby requests that the Court vacate the March 1, 2018 surrender date. The Government is in agreement with the request.

On May 3, 2016, the Court sentenced Mr. Kesler to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a $2,000 fine, to complete a Multi-Offender DUI program, and to attend Alcoholics Anonymous ("AA") meetings once per week. Finally, the Court imposed a 30-day custody sentence with credit for time served. The Court ordered Mr. Kesler to report to the United States Marshals Service on March 1, 2018 but informed defense counsel that she could petition for the surrender date to be vacated if Mr. Kesler was in compliance with the terms of his probation.

Mr. Kesler paid his fine in full, he has enrolled in and has almost completed his Multi-Offender DUI program, he has attended AA meetings at a rate of once a week for the first year,

and for the past three months, Mr. Kesler has been a resident at the Hemet Valley Recovery Center, where he participated in and completed a residential sober living program.

Given the foregoing, Mr. Kesler requests that the March 1, 2018 surrender date be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 1, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
KEANON KESLER

## **O R D E R**

Based on the parties' joint representation that Mr. Kesler is in compliance with the conditions of his probation, **and on the condition that he continue to comply with all terms and conditions of probation throughout the remaining term of his probation**, the Court vacates the March 1, 2018 surrender date.

IT IS SO ORDERED.

Dated: February 1, 2018

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE